**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Michael D. Lanteigne<br>             Debtor, | Chapter: 7<br>Case No: 09–42332<br>Judge Henry J. Boroff |

**ORDER DISCHARGING TRUSTEE
AND CLOSING CASE**

It is hererby **ORDERED** that David M. Nickless, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:8/17/10                                                                                   By the Court,

                                                                                                      <u>Henry J. Boroff</u>
                                                                                                      U.S. Bankruptcy Judge